An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

FOOTHILLS PEDIATRICS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; RALPH CONTI, M.D.,
PROFESSIONAL CORPORATION, A
NEVADA PROFESSIONAL
CORPORATION; THE RALPH CONTI
TRUST, AN ENTITY OF UNKNOWN
CHARACTER; RACONTI LIMITED-
LIABILITY LIMITED PARTNERSHIP, A
NEVADA LIMITED-LIABILITY
LIMITED PARTNERSHIP; RACONTI
LIMITED PARTNERSHIP, A TEXAS
LIMITED PARTNERSHIP; AND
BERTHA CASILLAS, INDIVIDUALLY,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE ADRIANA
ESCOBAR, DISTRICT JUDGE,
Respondents,
and
FRANKLIN HEATH, INDIVIDUALLY
AND AS SPECIAL ADMINISTRATOR
OF THE ESTATE OF BRIANA HEATH;
CATHERINE HEATH, INDIVIDUALLY;
MEDICWEST AMBULANCE, INC., A
NEVADA CORPORATION; DEDRIANE
WILSON, AN INDIVIDUAL; CITY OF
NORTH LAS VEGAS FIRE
DEPARTMENT, A DEPARTMENT OF
THE CITY OF NORTH LAS VEGAS, A
MUNICIPAL CORPORATION AND
POLITICAL SUBDIVISION OF THE
STATE OF NEVADA; AND JOHN
MCGEE, AN INDIVIDUAL,
Real Parties in Interest.

No. 66808

**FILED**

DEC 2 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

14-41628

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment in a medical malpractice action.

A writ of mandamus is an extraordinary remedy available to compel the performance of an act that the law requires or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Whether a petition for writ of mandamus will be considered is within this court's sole discretion, *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991), and it is petitioners' burden to demonstrate that our extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Moreover, writ relief is generally available only when there is no plain, speedy, and adequate remedy in the ordinary course of law. NRS 34.170; *Int'l Game Tech.*, 124 Nev. at 197, 179 P.3d at 558.

Having considered the petition, we are not persuaded that our intervention is warranted at this time. NRAP 21(b)(1); *Pan*, 120 Nev. at 228, 88 P.3d at 844; *Smith*, 107 Nev. at 677, 818 P.2d at 851. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.        _____, J.
Pickering                                          Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

cc: Hon. Adriana Escobar, District Judge
Bonne, Bridges, Mueller, O'Keefe & Nichols
Patti, Sgro & Lewis
North Las Vegas City Attorney
Phillip Hack & Associates APC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A